| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 5 minutes | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Melinda K. Lock | | | REPORTER/FTR FTR 10:39-10:44 | | |
| MAGISTRATE JUDGE SALLIE KIM | | DATE November 13, 2019 | | NEW CASE ☐ | CASE NUMBER 3:19-cr-00577-RS | | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT Jexson Diaz-Arteaga | | AGE 31 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT David Rizk | PD. ☒ RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Aseem Padukone | | INTERPRETER Carol Rhine Medina - Spanish | | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Jalei Kinder | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ | PARTIAL PAYMENT OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR held - 3 min | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS / STATUS TRIAL SET | |
| ☒ I.D. COUNSEL held - 1 min | ☒ ARRAIGNMENT held - 1 min | | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | | ☒ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | | ☒ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: 11/18/2019 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | ☐ TRIAL SET | |
| AT: 10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING | | ☐ CHANGE OF PLEA | ☐ STATUS | |
| BEFORE HON. Sallie Kim | ☒ DETENTION HEARING | | ☐ ARRAIGNMENT | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

The Government's motion to unseal the entire case is granted. Stipulation to exclude time signed in Court.

DOCUMENT NUMBER: