1
2
3
4
5
6
7
8

STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Senior Litigator
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:     (415) 436-7706
Email:          Daniel_Blank@fd.org

Counsel for Defendant Diaz-Arteaga

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13

14

15

16

17

| UNITED STATES OF AMERICA, | No. CR 19-00577-RS |
|---|---|
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE |
| v. | |
| JEXON DIAZ-ARTEAGA, | |
| Defendant. | |

18
19
20
21
22

        PLEASE TAKE NOTICE that the Clerk is hereby asked to enter the appearance of

Daniel Blank, Assistant Federal Public Defender, on behalf of the defendant.  The Clerk is

requested to include AFPD Daniel Blank on all e-filing notices for the above-captioned matter.

Counsel's mailing address, telephone number, facsimile number and email address is listed

above.

23

24

                                        Respectfully submitted,

                                        STEVEN G. KALAR
                                        Federal Public Defender

25
26

        Dated:  November 19, 2019              */s/ Daniel Blank*

                                        _____
                                        Assistant Federal Public Defender

27

28

*UNITED STATES V. DIAZ-ARTEAGA,* CR NO. 19-00577
NOTICE OF ATTY. APPEARANCE              1