DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6401
    FAX: (415) 436-7234
    EMAIL: Aseem.Padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>    v. </br></br>JEXSON DIAZ-ARTEAGA, </br>a/k/a Leonel Torres Ojeda, </br></br>    Defendant. | NO. CR 19-577 RS </br></br>[~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 7, 2020, THROUGH FEBRUARY 11, 2020 |

    On January 7, 2020, the Court held a status conference in this matter. The defendant was present and represented by Assistant Federal Public Defender Daniel Blank. Assistant United States Attorney Aseem Padukone appeared for the government.

    At the hearing, Mr. Blank stated that he has requested additional materials and therefore needed additional time for effective preparation. The parties requested that the Court set a status conference for February 11, 2020.

    The parties also agreed that time should be excluded under the Speedy Trial Act from January 7,

[PROPOSED] ORDER EXCLUDING TIME
CR 19-577 RS

2020 through February 11, 2020, to ensure the effective preparation of defense counsel.

Based on the assertions and agreement of the parties on January 7, 2020 as described herein, and for good cause shown, the Court finds that failing to exclude time from January 7, 2020, through February 11, 2020, would deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 7, 2020, and February 11, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that this matter be set before this Court on February 11, 2020, for a status conference. It is further ordered that the time from January 7, 2020, through February 11, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: __1/7/2020_____

HON. RICHARD SEEBORG
United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
CR 19-577 RS

v. 7/10/2018