# MAGISTRATE JUDGE MINUTE ORDER

| Field | Value |
|---|---|
| DOCUMENTS UNDER SEAL | ☐ |
| TOTAL TIME (mins) | 3 minutes |
| MAGISTRATE JUDGE | SALLIE KIM |
| DEPUTY CLERK | Melinda K. Lock |
| REPORTER/FTR | FTR 11:38-11:41 |
| DATE | February 3, 2020 |
| NEW CASE | ☐ |
| CASE NUMBER | 3:19-cr-00577-RS |

## APPEARANCES

| Field | Value |
|---|---|
| DEFENDANT | Jexson Diaz-Arteaga |
| AGE | |
| CUST | N |
| P/NP | P |
| ATTORNEY FOR DEFENDANT | Daniel Blank |
| PD. | ☒ |
| RET. | ☐ |
| APPT. | ☐ |
| U.S. ATTORNEY | Aseem Padukone |
| INTERPRETER | Melinda Basker – Spanish |
| FIN. AFFT SUBMITTED | ☐ |
| COUNSEL APPT'D | ☐ |
| PROBATION OFFICER | |
| PRETRIAL SERVICES OFFICER | Tim Elder |
| DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ |
| PARTIAL PAYMENT OF CJA FEES | ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS / STATUS TRIAL SET
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☒ BOND HEARING — held
- ☐ IA REV PROB. or or S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

## INITIAL APPEARANCE

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

## ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

## RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:
- PROPERTY TO BE POSTED ☐ CASH $
- CORPORATE SECURITY ☐
- REAL PROPERTY: ☐
- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

## PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

## CONTINUANCE

TO: — AT: — BEFORE HON.:

- ☐ ATTY APPT HEARING
- ☐ BOND HEARING
- ☐ STATUS RE: CONSENT
- ☐ TRIAL SET
- ☐ SUBMIT FINAN. AFFIDAVIT
- ☐ PRELIMINARY HEARING
- ☐ CHANGE OF PLEA
- ☐ STATUS
- ☐ DETENTION HEARING
- ☐ ARRAIGNMENT
- ☐ MOTIONS
- ☐ JUDGMENT & SENTENCING
- ☐ TIME WAIVED
- ☐ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ IDENTITY / REMOVAL HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ PROB/SUP REV. HEARING

## ADDITIONAL PROCEEDINGS

The Court admonishes the defendant that he must make all efforts to comply with the conditions of release.

DOCUMENT NUMBER: