UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 11, 2020     **Time:** 1 minute     **Judge:** RICHARD SEEBORG

**Case No.**: 19-cr-00577-RS-1     **Case Name:** USA v. Jexson Diaz-Arteaga

**Attorney for Government:** Aseem Padukone
**Attorney for Defendant:** Dan Blank
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew     **Court Reporter:** Lee-Anne Shortridge
**Interpreter:** Conchita Lozano - Spanish     **Probation Officer:** n/a

## PROCEEDINGS

Status Hearing - Held

## SUMMARY

Parties have been in discussion regarding plea negotiations and agree to continue the matter for one week.  CASE CONTINUED TO**:  2/18/2020 at 2:30 p.m.**  for Change of Plea