UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** February 18, 2020     **Time:** 3 minutes     **Judge:** RICHARD SEEBORG

**Case No.:** 19-cr-00577-RS-1   **Case Name:** USA v. Jexson Diaz-Arteaga

**Attorney for Government:** Aseem Padukone
**Attorney for Defendant:** Dan Blank
**Defendant:** [ ] Present   [X] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Marla Knox
**Interpreter:** Melinda Basker - Spanish   **Probation Officer:** n/a

### PROCEEDINGS

Change of Plea NOT HELD.

### SUMMARY

Defendant failed to appear for his court appearance today.  Arrest Warrant to be issued for failure to appear 18 U.S.C. 3146.